IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DENNIS ROBERTS,** : | |
| : | **Civil Action File No.** |
| Plaintiff, : | |
| : | **1:22-cv-04972-SCJ** |
| vs. : | |
| : | |
| **WILLARD WRECKER SERVICE,** : | |
| **INC., and JIMMY WILLARD,** : | |
| : | |
| Defendants. : | |

## ORDER

This case involves claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201, et seq. This matter is before the Court upon the Joint Motion for Court Approval of FLSA Settlement and Release Agreement ("Joint Motion") for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise. The Court has reviewed the Parties' Joint Motion and the Settlement Agreement. The Court is of the opinion that there is a bona fide dispute over application of the relevant provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. In

light of these legitimate disputes, the Court is of the opinion that the Parties' Settlement Agreement reflects a fair and reasonable resolution of these bona fide disputes. The Court also finds that the hourly rates of counsel and their staff as stated in the Joint Motion are reasonable and customary.

Consequently, the Court ORDERS as follows:

1. The Court GRANTS the Parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution to Plaintiff and Plaintiff's counsel as described in the Settlement Agreement as fair and reasonable.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his, her, or its own expenses and attorneys' fees except as provided in the Settlement Agreement.

The Settlement Agreement and its terms are incorporated herein, The Court shall retain jurisdiction to enforce the Settlement Agreement as necessary.

SO ORDERED, this  12th  day of  December , 2023.

                                           s/Steve C. Jones
                                          Steve C. Jones
                                          United States District Judge